Duane H. Sceper (CSB # 104004)
Attorney at Law
P.O. Box 1551
Hayfork, California 96041
Telephone:  (619) 232-8917

Attorney for Plaintiff Edward M. Stefan

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. STEFAN, | CASE NO: 08 CV 1487 IEG NLS |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| BARONET UPHOLSTERY, JULIAN R. HERNANDEZ, VALENTI MARITAL TRUST and DOES 1 THROUGH 10 | |
| Defendants | |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure Rule 41(a), Plaintiff voluntarily dismisses the above captioned action with prejudice.

Dated: September 4, 2008         Respectfully submitted,

/s/ DUANE H. SCEPER
Duane H. Sceper, Esq.
Attorney for Plaintiff
E-mail: dhs@thelegalway.com